IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

MONTRELL WELLS                                                                                    PLAINTIFF

V.                                                                              NO. 3:14CV232-NBB-SAA

T.C.C.F. and
CORRECTIONS CORPORATION OF AMERICA                                        DEFENDANTS

### FINAL JUDGMENT

Upon consideration of the file and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated July 8, 2015, was on that date duly served by mail on the *pro se* plaintiff at his last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The Court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore, **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated July 8, 2015, is hereby **APPROVED AND ADOPTED** as the opinion of the Court.

2. That the instant case is hereby **DISMISSED** with prejudice for the plaintiff's failure to state a claim upon which relief may be granted, counting as a "strike" under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915(g).

3. That this case is **CLOSED**.

**SO ORDERED** this the 14th day of August, 2015.

/s/ Neal Biggers
**NEAL B. BIGGERS, JR.**
**UNITED STATES DISTRICT JUDGE**